[Nos. 67757-8-I; 67758-6-I.   Division One.   May 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE JOSEPH RAMOS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. MARIO ALEJANDRO MEDINA, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 97-1-07284-7 and 97-1-07283-9, Brian D. Gain, J., September 2 and 30, 2011. By unpublished opinion per Cox, J., concurred in by Dwyer and Lau, JJ., judgment *reversed* and *remanded* in appeal No. 67757-8-I, appeal No. 67758-6-I *affirmed*.

[No. 68035-8-I.   Division One.   May 13, 2013.]

MARK S. PELOQUIN ET AL., *Appellants*, v. REGINALD SORDENSTONE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-41287-1, Dean Scott Lum, J., entered November 10, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[No. 68062-5-I.   Division One.   May 13, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC VERNON CARMICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-05837-5, Hollis R. Hill, J., entered December 20, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Leach, C.J., concurred in by Becker and Cox, JJ.